■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE ORTIZ, Appellant.—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Richmond County (Sullivan, J.), imposed July 18, 1985.

Justice Weinstein has been substituted for the late Justice Gibbons *(see,* 22 NYCRR 670.2 [c]).

Ordered that the sentence is affirmed. No opinion. Mollen, P. J. Lazer, Mangano and Weinstein, JJ., concur.